|   |   |
|---|---|
| 1 | JONATHAN O. PENA, ESQ. |
| 2 | CA Bar ID No. 278044 |
| 3 | Peña & Bromberg, PLC |
|   | 2440 Tulare St., Suite 320 |
| 4 | Fresno, CA  93721 |
| 5 | Telephone: 559-412-5390 |
| 6 | Fax: 866-282-6709 |
|   | info@jonathanpena.com |
| 7 | Attorney for Plaintiff |

## UNITED STATES DISTRICT COURT
## EASTERN  DISTRICT OF CALIFORNIA

Martha Catalina Garcia,

        Plaintiff,

  vs.

Kilolo Kijakazi, Acting Commissioner of Social Security,

        Defendant.

Case No. 1:20-CV-01642

STIPULATION AND ORDER FOR EXTENSION OF TIME

(Doc. 15)

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 26, 2021 to August 25, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due to eleven merit briefs and

eleven letter briefs being due on the same week.  Counsel also has thirty-three administrative hearings set for the same period.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 20, 2021          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: July 20, 2021          PHILLIP A. TALBERT
                              Acting United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration


By:  **/s/ Margaret Lehrkind*
     Margaret Lehrkind
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on July 20, 2021)


## **ORDER**

Pursuant to the parties' above stipulation (Doc. 15), and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have a 30-day extension of

1  time, from July 26, 2021, to August 25, 2021, for Plaintiff to serve on defendant
2  with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in
3  the Court's Scheduling Order (Doc. 13) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **July 22, 2021**                                   /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE