DOLLY M. TROMPETER
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-439-9700
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN  DISTRICT OF CALIFORNIA

Martha Catalina Garcia,                 )     Case No. 1:20-CV-01642
                                        )
              Plaintiff,                )     STIPULATION AND ORDER FOR
                                        )     EXTENSION OF TIME
       v.                               )
                                        )     (Doc. 17)
                                        )
Kilolo Kijakazi, Acting                 )
Commissioner of Social Security,        )
                                        )
              Defendant.                )
                                        )
                                        )
                                        )
_____ )

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 2-day extension of time, from August 25, 2021 to August 27, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Good cause exists for this short two-day extension.  Counsel for Plaintiff has two other merit

briefs that are due by August 27, 2021, and an EAJA Motion that is also due by August 27, 2021.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 24, 2021              PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
     DOLLY M. TROMPETER
     Attorneys for Plaintiff



Dated: August 24, 2021              PHILLIP A. TALBERT
     Acting United States Attorney
     DEBORAH LEE STACHEL
     Regional Chief Counsel, Region IX
     Social Security Administration


By:  */s/ Margaret Lehrkind*
     Margaret Lehrkind
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on August 24, 2021)

## **ORDER**

Pursuant to the parties' above stipulation (Doc. 17), and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have a two-day extension of time, from August 25, 2021, to August 27, 2021, for Plaintiff to serve on Defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order (Doc. 13) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **August 25, 2021**                        */s/ Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE