1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH L. STACHEL
   Regional Chief Counsel
3  MARGARET LEHRKIND, CSBN 314717
   Special Assistant United States Attorney
4      Social Security Administration
       160 Spear Street, Suite 800
5      San Francisco, CA 94105
       Telephone: (510) 970-4829
6      Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARTHA CATALINA GARCIA,<br><br>          Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>   Acting Commissioner of Social Security,<br><br>          Defendant.[1] | No. 1:20-cv-01642-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 20) |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file his opposition to Plaintiff's opening brief in this case. In support of this request, the Commissioner respectfully states as follows:

   1.   Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

   2.   Defendant's response to Plaintiff's opening brief is currently due October 12,

---
[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2021. Defendant has not previously requested an extension of time for this deadline.

3. The Region IX Office currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawaiʻi, Nevada, and Guam.

4. The Region IX Office employs 47 staff attorneys, of whom 27 handle civil litigation involving the Social Security program in the eight assigned jurisdictions, at least part-time. For the month of June 2021, the Region IX Office has 182 district court briefs due in the jurisdictions it handles. In addition, the Region IX Office has nine appellate cases pending for briefing.

5. In addition to this "program" litigation, the 27 staff attorneys in the Region IX Office maintain other workload responsibilities, with most of them dedicating 40 percent or more of their time to these workloads. The Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories. These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, torts, property, and contracts.

6. The undersigned attorney has nine briefs due in district court cases over the next month, as well as a Ninth Circuit response brief.

7. Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of October 12, 2021. Therefore, Defendant seeks an extension of 30 days, until November 10, 2021, to respond to Plaintiff's opening brief.

8. This request is made in good faith and is not intended to delay the proceedings in this matter.

//

//

WHEREFORE, Defendant requests until November 10, 2021, to file his opposition to Plaintiff's opening brief.

Respectfully submitted,

DATE: August 27, 2021

*/s/Jonathan Pena*
JONATHAN PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
Acting United States Attorney

DATE: August 27, 2021       By   *s/Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' above stipulation (Doc. 20), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including November 10, 2021, to file her response to Plaintiff's opening brief. All other dates in the Scheduling Order (Doc. 13) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **August 30, 2021**                 */s/ Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE